J. S53004/20

Filed 08/16/2021

# IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 633 EDA 2020 |
| | : | |
| v. | : | |
| | : | |
| JASON ALLEN LIPPINCOTT | : | |
| Appellant | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 634 EDA 2020 |
| | : | |
| v. | : | |
| | : | |
| JASON ALLEN LIPPINCOTT | : | |
| Appellant | : | |

## **ORDER**

Upon consideration of the application for reargument, IT IS HEREBY ORDERED:

THAT *en banc* reargument is GRANTED;

THAT the decision of this COURT filed June 8, 2021, is WITHDRAWN;

THAT the case be listed before the next available *en banc* panel; and

THAT Appellant, Jason Allen Lippincott, shall file an original and ten (10) copies of either the brief previously filed, the brief previously filed together with a supplemental brief, or a substituted Brief for Appellant by September 7, 2021, along with an original and ten (10) copies of the reproduced record. Appellee, Commonwealth of Pennsylvania, shall thereafter have twenty-one (21) days after service to file an original and ten (10) copies of the brief previously filed, the brief previously filed

together with a supplemental brief, or a substituted Brief for Appellee. Appellant shall thereafter have fourteen (14) days after service to file an original and ten (10) copies of a reply brief in accordance with Pa.R.A.P. 2113(a), if desired. No other briefs may be filed by the parties without leave of this Court; AND

THAT any substituted briefs shall clearly indicate on the cover page that they are substituted briefs or, if a party chooses to file the original and supplemental briefs, the supplemental briefs shall clearly indicate on the cover page that they are supplemental.

PER CURIAM